1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   YASIR MEHMOOD,                        No.  2:18-cv-1219 CKD P

12                   Petitioner,

13        v.                               ORDER

14   U.N.O, et al.,

15                   Respondents.

16

17        Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant

18   to 28 U.S.C. § 2241.  Petitioner is being detained in Miami as a result of proceedings initiated by

19   U.S. Citizenship and Immigration Services.  Generally speaking, a writ of habeas corpus sought

20   pursuant to 28 U.S.C. § 2241 can only issue from a court having jurisdiction over the person

21   being detained.  U.S. v. Giddings, 740 F.2d  770, 772 (9th Cir. 1984).  Further, there is nothing

22   before the court suggesting that the Eastern District of California is an appropriate venue for a §

23   2241 challenge by petitioner.  This being the case, and in the interest of justice, the court will

24   transfer this action to the Southern District of Florida.  See 28 U.S.C. § 1404.

25   /////

26   /////

27   /////

28   /////

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Southern District of Florida.

Dated: May 18, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mehm1123.109